1112

No. 02-778.  OLIVER v. UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 02-779.  CONTI ET AL. v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 02-780.  OSORIO-SANCHEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02-781.  WILLENBRING v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 02-785.  MYERS v. HALLIBURTON CO. ET AL.  Sup. Ct. Tex. Certiorari denied.

No. 02-788.  ROBINSON v. BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02-790.  ALDER ET AL. v. TENNESSEE VALLEY AUTHORITY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02-791.  BRUNETTE v. OJAI PUBLISHING CO., INC., DBA THE OJAI VALLEY NEWS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02-794.  HICKEY v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02-795.  FROST v. HARPER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02-796.  GOLIGHTLY ET AL. v. MONTOYA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02-799.  WILLIAMS ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02-808.  MARRA v. LEFTRIDGE BYRD, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CHESTER, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02-812.  FISHER v. UNITED STATES; and
No. 02-7503.  SUTTON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 289 F. 3d 1329.